UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES-GENERAL**

Case No.  CV 11-1716-JAK (PLA)                                             Date **January 5, 2012**

Title: Erik J. Backen v. Michael J. Astrue

---

**PRESENT:**  THE HONORABLE    PAUL L. ABRAMS

☐ U.S. DISTRICT JUDGE
☒ MAGISTRATE JUDGE

| Christianna Howard | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**
NONE

**ATTORNEYS PRESENT FOR DEFENDANTS:**
NONE

**PROCEEDINGS:**        **(IN CHAMBERS)**

Pursuant to this Court's Order of February 28, 2011, plaintiff was ordered to file a Motion for Summary Judgment forty-five days from the filing of plaintiff's Notice of Compliance. On October 3, 2011, the Court granted defendant's ex parte application to continue briefing schedule. Plaintiff was advised that the Motion for Summary Judgment was due no later than December 14, 2011. To date, the Motion for Summary Judgment has not been filed with the Court. Accordingly, **plaintiff is ordered to show cause, no later than February 6, 2012,** why this case should not be dismissed for failure to prosecute. Filing of the Motion for Summary Judgment on or before February 6, 2012, shall be deemed compliance with this Order to Show Cause.

cc:    Erik J. Backen, Pro Se
       Carolyn Chen, SAUSA

Initials of Deputy Clerk____ch____