FILED
CLERK, U.S. DISTRICT COURT
MAR 12 2012
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| ERIK J. BACKEN, | No. CV 11-1716-JAK (PLA) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, | |
| Defendant. | |

Pursuant to the order adopting magistrate judge's report and recommendation, IT IS ADJUDGED that this action is dismissed without prejudice for failure to prosecute and follow Court orders.

DATED: 3/12/12

HONORABLE JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE